# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cv-00187-RFB-NJK |
| Plaintiff(s), | ) | |
| | ) | ORDER |
| vs. | ) | |
| W.I.T.M. LANDSCAPING & MAINTENANCE, INC., et al., | ) | |
| Defendant(s). | ) | |

On March 11, 2016, the Government filed a waiver of service as to Defendants W.I.T.M. and Jorge Martinez. Docket No. 3. Since that time, Defendants have not answered or otherwise appeared, and the Government has not made any further filing in the case. Accordingly, by January 10, 2017, the Government shall file either a status report or voluntary dismissal papers.[1]

IT IS SO ORDERED.

DATED: December 27, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The Clerk's Office has separately issued a notice of intent to dismiss Defendant Latasha Hulett under Rule 4(m) of the Federal Rules of Civil Procedure. Nothing herein impacts the requirement of the Government to respond to that notice if it seeks to avoid dismissal of Ms. Hulett.